IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA BAKER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> COUNTY OF MERCED, a public entity, ) <br> ) <br> Defendant. ) <br> ) | 1:10-cv-2377  AWI SMS <br><br> VACATING FEBRUARY 28, 2011, HEARING AND TAKING MATTER UNDER SUBMISSION |

 Currently set for hearing and decision on February 28, 2011, is Defendant's Rule 12(e) motion.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

 Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time.  As of February 28, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: February 23, 2011 _____
 CHIEF UNITED STATES DISTRICT JUDGE