IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA BAKER,                             ) | 1:10-cv-2377  AWI SMS |
|                                           ) | |
|             Plaintiff,                    ) | VACATING JULY 11, 2011, |
|     v.                                    ) | HEARING AND TAKING |
|                                           ) | MATTER UNDER |
| COUNTY OF MERCED, a public entity,        ) | SUBMISSION |
|                                           ) | |
|             Defendant.                    ) | |
|_____) | |

    Currently set for hearing and decision on February 28, 2011, is Defendant's Rule 12(b)(6) motion. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 11, 2011, is VACATED, and the parties shall not appear at that time. As of July 11, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 6, 2011                         _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE